**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) ) ) | |
| v. | ) ) ) | Crim. Action No. 23-0182 (ABJ) |
| TIMOTHY MARTIN, | ) ) ) | |
| Defendant. | ) ) ) | |

## VERDICT FORM

We, the Jury, hereby return this unanimous verdict in the above-captioned case:

## COUNT ONE

With respect to Count One, Conspiracy to Injure National Gallery of Art Property, how do you find defendant Timothy Martin?

X

_____                _____
        Not Guilty                                   Guilty

If you find the defendant guilty, you must identify – using the letters in the list of overt acts in the jury instruction for this Count – at least one overt act that you unanimously agree was taken.

a, b, c, d, f

## COUNT TWO

With respect to Count Two, Injury to National Gallery of Art Property, how do you find defendant Timothy Martin?

_____
Not Guilty

_____X_____
Guilty

If you find the defendant guilty of Count Two, do you unanimously agree that the damage exceeded $100?

_____X_____
Yes

_____
No

SO SAY WE ALL, this 7 day of April , 2025. ███████████████

2