UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>TIMOTHY MARTIN,<br><br>Defendant. | Crim. Action No. 1:23-CR-182 |

**CONSENT MOTION TO CONTINUE SENTENCING HEARING**

Timothy Martin, through counsel, hereby respectfully moves the Court to continue the Sentencing Hearing in this matter to October 3, 2025. Counsel understands that the Court and the government are available on that date. In support of this Motion counsel state:

1. Mr. Martin is before the Court having been convicted by a jury of *inter alia* conspiracy to injure an exhibit at the National Gallery of Art.

2. Following the trial in this matter, undersigned counsel learned that four years ago, Mr. Martin was diagnosed with a Arteriovenous Malformation (AVM) in the brain, which resulted in seizures. Following diagnosis, he underwent brain surgery. Close friends of Mr. Martin have told counsel that Mr. Martin's conduct and behavior changed following the diagnosis and surgery. One of his close friends attributes Mr. Martin's heavy involvement with Declare Emergency to changes in his conduct following his diagnosis.

3. Undersigned counsel has obtained a neuropsychological expert to review the

records and evaluate Mr. Martin. However, due to the expert's schedule, the evaluation will not be complete until the end of September.

4. Counsel believes that the above investigation is critical. Counsel needs to undertake the investigation in order to effectively represent Mr. Martin at sentencing.

Wherefore the reasons herein, counsel to Timothy Martin move the Court to continue the sentencing in this matter to October 3, 2025, so that counsel can complete their investigation into issues relevant to sentencing.

Respectfully Submitted,

A.J. KRAMER
FEDERAL PUBLIC DEFENDER
_____/s/_____
ELIZABETH MULLIN
BENJAMIN SCHIFFELBEIN
Assistant Federal Public Defender
625 Indiana Avenue, N.W., Suite 550
Washington, D.C.  20004
(202) 208-7500