# Exhibit 1:

## Letters in Support of Timothy Martin

September 14, 2025


The Honorable Amy Berman Jackson
United States District Court
for the District of Columbia

Dear Judge Jackson:

> *The Namaste gesture, a traditional Indian greeting, involves pressing the palms together in front of the chest with fingers pointing upwards and a slight bow of the head. It signifies respect and reverence, and is often accompanied by the spoken word "Namaste," which translates to "I bow to you". The gesture acknowledges the divine spark within each person and promotes a sense of unity and interconnectedness.* — AI

The above was the very first communication I received from Tim Martin when we met in May of 2022. I have never known a kinder or more respectful human being.

In that Tim is an architect and hobby artist, it is not surprising that he and I connect. I am a full time professional fine artist with a background in communication arts and design. Fifteen years into my advertising art direction career in Minneapolis, I returned to college and picked up my M.F.A. in Advertising Design at Syracuse University. I transitioned from advertising and graphics to painting, when in 2003, I returned to Goldsboro, NC, the city where I had long ago attended junior high and high school.

When I heard about Tim Martin's climate change activism, I gifted him a planet-friendly laundry detergent. Almost immediately, I received a couple of environmentally safe products from him as well as a kind thank-you note. More importantly, this was the beginning of a treasured friendship that had begun in that spring of 2022.

Tim Martin is a man that is all about giving. When the fennel I was growing to attract butterflies had leaned over from its towering height, he traveled an hour south of Raleigh to secure it. He put his architectural skills to work to provide unyielding garden supports.

When I moved last year, he came again to my former home in Goldsboro, NC, first to dig up and provide containers for the garden plants I chose to move to my new home. By the light of a lantern, we dug and transported seventeen plants that now thrive at my new address. He was there again to help place and dig the holes into which we placed the plants. While he was at it, he rescued a Black Cherry tree that he knew would be a friend to many bird species.

If I know a 21st century Jonny Appleseed, Tim is it. I bought my new home in Goldsboro partly for the north light so necessary for the paintings I do as a professional artist. If it were up to Tim, my front yard would be a forest, and I would not have the light I need. He has taught me so much about so many living things and our relationship with them, about diversity in our landscapes, about plants indigenous to my area that help support other living beings; about the connection we have with animals. I have probably read at ten books Tim has recommended, all related to our connection with our environment.

Now in jail, Tim's big heart has found an outlet through his fellow inmates. He is practicing his art by doing sketches of them, portraits they cherish, and which, at his own expense, he is having copied and made into high quality print-outs, which are then being mailed to the respective inmates' loved ones. As practice is key to being a representational artist, Tim will come out of this a better artist than he was going in.

Tim Martin is one of the best friends I could hope for, and although I have never worked with him professionally, I know the world will be a better

place because of him when he takes the place waiting for him to put his great knowledge, talent, and skills to work.

Very truly,

████████████

████████████████████

████████

████████████

██████████

Email: brendabehr@gmail.com

Web: https://www.brendabehr.com/

| From: | Dan Neil |
| To: | Elizabeth Mullin |
| Subject: | character witness letter for TIM MARTIN |
| Date: | Tuesday, July 15, 2025 2:44:15 AM |

You don't often get email from dan.neil@wsj.com. Learn why this is important

**EXTERNAL SENDER**

Dan Neil



July 13, 2025

The Honorable Amy Berman Jackson
United States District Judge for the District of Columbia
Washington, D.C.

RE: Defendant Tim Martin

Dear Judge Jackson,

My name is Dan Neil and I am a columnist for The Wall Street Journal. In 2010, my family and I moved to the address above in Raleigh, next door to Mr. Martin and his family. I've known Tim for more than 15 years. He was the architect for two phases of our home's renovations. He is a superb architect/engineer and one of the kindest, gentlest, most decent human beings I've ever known. I would trust him with my life.

If I may, I'd like to address what seems like the essential mystery in Tim's case. How could such a careful, thoughtful, meticulously principled person of obvious intelligence act so rashly?

Here is my theory: In 2019, Tim learned that his then wife, Amy—an environmental attorney working for Duke University—had been having an affair. These people were in their late 40s at the time and had been together since high school. Apparently, Amy's family adopted Tim after his father died.

Tim was devastated. As their neighbor, I could scarcely believe what was happening. These were some really nice people! Amy was granted custody of the two boys, Jasper and Linden, and moved out of Raleigh. The house Tim worked so hard to design and build got sold and he was forced to move into a small, two-room apartment—one bedroom with twin beds, for the rare visits from the boys.

About a year later, he began experiencing symptoms consistent with a brain aneurysm—seizures, blackouts, dizziness. He had brain surgery to repair a vascular mass

(hemangioma, I think?) and spent about six months at home recovering. This period dovetailed with the Covid lockdown.

I believe that in those long months of isolation, Tim began to feel as if he was running out of time. Yes, the Earth too, which is the thrust of his climate advocacy. But I think he was motivated by how he wanted to be remembered, by his kids, his friends, his ex-wife and the world at large.

Please forgive the armchair psychology. I'm not defending his behavior. Actually, I was shocked and mystified when I heard about his actions. They seemed so utterly out of character. I have to assume these deeper issues were in play.

I know even less about juris prudence than psychology. But I am quite sure Tim has learned his lesson. I beseech you to let him return to his life and the people who love him.

Thank you.

Sincerely yours,

Dan Neil

██████████

DN; dn

September 10, 2025

The Honorable Amy Berman Jackson
United States District Court for the District of Columbia

RE: Character Reference for Tim Martin

Dear Judge Jackson,

I am David Swanson, a landscape architect for over 40 years, and have practiced in Chapel Hill for almost all that time with my own design firm.  I've known Tim Martin for over 25 years; I met him when he was an architecture student at the NCSU College of Design.  I was an adjunct professor in the Dept. of Landscape Architecture between 2001 and 2004, teaching design and constructing courses.  During this time, Tim reached out to me to review his final thesis project in Architecture. I grew to enjoy engaging with Tim and getting to know him better.  Through this experience - interacting between our respective professional and aligned disciplines and also between student and teacher - we gained a mutual respect, and our bond and friendship grew from there.   I recognized that Tim, through his initiative to reach out and engage with the landscape side of our aligned professions, had the passion to learn and the desire to push the limits of traditional architecture. I saw right away that Tim was very focused on sustainable design, and at the time this was innovative in the architectural community.

So it was no surprise that we continued to have a strong professional relationship during the early part of his career. Through mutual connections, we collaborated on quite a number of projects.  I found Tim to be engaging, thoughtful, and very creative in his design process, which made working with him enjoyable and rewarding.

It was about this time that I saw Tim in his role as a father.  He treasured his boys and took them on field trips and project sites so they could experience what their dad was professionally involved with.  I witnessed first-hand how Tim explained the intricacies of the various aspects of a project, even the smallest details.  While they may not have understood it all, it certainly would have made an impression on these young boys. Tim also enjoyed introducing his boys to clients, colleagues and other design professionals, and everyone appreciated how Tim exposed his kids to all these experiences.

Two important projects I want to share in my long relationship with Tim was collaborating on a residential design for former forestry and biology professor Dr. Hal House.  This was a multi-year design process where we explored many ideas and went through a multitude of design concepts to renovate an existing house out in the country with a program uniquely developed for our special client. Tim led this process and it became a true journey through exploration of all kinds of designs.  This became almost like a studio project one would have at school vs. how a 'normal' design project would progress.  He studied how materials worked together, made sure all aspects of the architecture respected solar orientation, and in particular, the water management aspects and that spaces would be created to have function and human scale in mind.  Working with Tim on this project was truly a unique experience.  The client was very much part of the process and Tim made sure all the environmental features of this design were fully exposed so they could be seen and appreciated, while still creating a building and structures that spoke to the client's unique program. It turned out to be a beautifully crafted house renovation and landscape project.

Another aspect of Tim's personality I learned about during this project was his patience and willingness to take each design concept through many interactions and explorations. Dr. House's project was certainly not a money-maker, but Tim went beyond a normal professional-client relationship to provide a full range of services, knowing he wouldn't be fully compensated in normal ways. Tim has a unique desire to get a full understanding of a design program and to get to know his clients and develop their programs. It was clear Tim wanted to come up with a creative and unique design to meet the client's program and objectives; it was more about the design process and exploration and this became a very memorable project.

My most recent interaction with Tim was when I asked him to assist in the design and development of an arbor structure about 40 feet long, constructed in the footprint of the original arbor. This arbor was special in that it was reconstructed for the former home of Dr. William Coker, a well known botanist and campus landscape planner at the University of North Carolina in Chapel Hill. Dr. Coker had the original arbor built at the turn of the century (early 1900's) but it finally aged out. Our new client wanted to reconstruct the arbor in the spirit of the original, but we wanted modern connections and fabrication techniques to ensure that the arbor, constructed of long-lived native black locust logs, would be here for a very long time. So Tim threw himself into the project and we both enjoyed working together, with Tim as architect and structural engineer and me as landscape architect to develop this wonderful arbor which is now an iconic element in the landscape of this carefully restored home. I can hardly express how much fun Tim brought to the design process in what normally would have been a tedious effort of calculating loads and determining structural spans, etc. Tim went way beyond that to be sure there was a soul in this new arbor with unique design touches (braces and connection points, etc) that would make this structure, while simple, an important part of the history of this special property and house. We said at the end of its construction that Dr. Coker would have been very proud of this arbor, and knowing that pleased Tim greatly.

So in conclusion, my experiences over the past 25 years and interaction with Tim Martin have been unique and rewarding. We have woven our long partnership as architect, structural engineer, and landscape architect beyond a normal professional relationship into a true friendship with mutual respect.

Tim is a very caring, thoughtful and unique individual. His passion for good design, and in particular for coming up with creative solutions, make Tim a special person.

Sincerely,

*David Swanson*

David Swanson, RLA

Email: david@swansonlandscapearchitecture.com



919-530-1149
600 Foster Street | Durham, NC 27701
**www.ellencassillyarchitects.com**

**The Honorable Amy Berman Jackson**
**United States District Court for the District of Columbia**

July 29, 2025
Re: Tim Martin

Dear Judge Jackson,
My name is Ellen Crozat Cassilly, I am an Architect with a small practice in Downtown Durham, NC which I founded in 1999. I'm happy to say that Tim Martin was my very first employee. We worked side by side for two years and I have continued to be his friend over these 26 years. While working on a project he was always willing to work a little harder and later to assure that the project was properly completed. He was truly dedicated.
Tim cares deeply about his community and his two beautiful boys. The hours he would spend, patiently, explaining the structure of a plant and how it relates to the structure in bridges or architecture, shows his dedication to educating them and passing on knowledge. He is a caring soul and his children need to have their father near. He is passionate about leaving them a better world.


Please consider leniency in his case,

*Ellen C. Cassilly*


Ellen Cassilly, FAIA
Principal

| | |
|---|---|
| **From:** | EB Brown |
| **To:** | Elizabeth Mullin |
| **Subject:** | Reference for Timothy Martin |
| **Date:** | Thursday, July 17, 2025 4:06:20 PM |

You don't often get email from eb@leaflimb.com. Learn why this is important

**EXTERNAL SENDER**

My name is Emmanuel Brown. I co-direct a non-profit called Project Pando. We are based in Raleigh, North Carolina, and our mission is to connect people with trees to help heal the planet.

I first met Tim in September 2020. He reached out asking to volunteer for Project Pando to help further our work. Tim is incredibly generous with his time and expertise. He has helped water our trees, given lots of helpful advice, used his architectural experience and carpentry to build planting boxes for us, and more. All of this was done as a volunteer. All because he cares for his community and the world.

I was especially impressed by his commitment to the education of students. Tim believes children are the future and he works hard to build a better future. Tim organizes presentations for elementary schools by himself. I give him trees to give to the students but he does the rest. The classes love him! Again, he does this all as a volunteer. All because he cares so deeply.

Tim and I continue to connect on ways he can support Project Pando. I look forward to continuing to work with him. He is a good man and so valuable to our community.

Attached is a picture of Tim after he planted a bunch of maple trees in our tree nursery boxes.

Emmanuel Brown
He/Him/His
Co-Director of Project Pando
Get our book "From Wasteland to Wonder" to learn how you can save time and help heal Earth!

The Honorable Amy Berman Jackson                              September 15,2025
United States District Court for the District of Columbia

RE: Character Reference for Tim Martin

Dear Judge Jackson,

My name is Frank Harmon. I am a Raleigh, North Carolina-based architect and a professor of architecture in NC State University's College of Design (COD). I have known Tim Martin for over 25 years, first as one of my students in the College of Design, then as an intern in my architectural practice, and now as a professional colleague.

I am writing to provide insight into Tim Martin's character, hoping that it may assist you as you consider his sentence.

I observed how exceptional Tim was as a college student. As a young man studying both architecture and structural engineering, the new thinking about design and engineering in terms of their negative or positive impact on the natural environment and climate resonated strongly with Tim. So much so that in 2000, he became the first architecture student in COD to choose "Sustainable Design" as his thesis topic. To illustrate his contentions, he also designed a remarkable building that, *for the first time,* illuminated many of the sustainable design principles that architects across the U.S. embrace today.

After Tim graduated from NC State he became a highly respected architecture teacher in the COD where his personal commitment to environmentally responsible design helped inspire and motivate a generation of design students.

Tim worked for me at my architectural practice for several years on building and structural design. Then he opened his own practice. As an example of his professional work,  in 2024 he completed the sensitive preservation and renovation of an abandoned 1947 schoolhouse in Southern Pines, NC. Today, thanks to Tim Martin and the Moore Montessori Community School, that sad, old schoolhouse has a vital new purpose.

**Fatherhood**:  As a father myself, I've enjoyed watching Tim become an exemplary father for his two sons, Jasper and Linden. He has taken his boys to many violin lessons, countless soccer practices, all sorts of school events, and on a consistent series of nature hikes. There are few trails in our region of North Carolina that Tim and his sons have not explored!

**Frightening illness** disrupted Tim's life in early 2021.  He suddenly began to have seizures. He was diagnosed with an arterial vascular malformation (AVM) in the front right hand part of his brain. In March of that year, Tim underwent surgery to remove the malformation. I and others were with him in the ICU during his recovery.

In the months after Tim came home from hospital I noticed that his behavior started to change. Tim was always the most generous and kind architect and teacher, but after his recovery from brain surgery he became more dogmatic about his understanding of the environment.

According to the National Institute of Neurological Disorders, an AVM and/or AVM surgery can disrupt a patient's ability to think . I have observed a great change in Tim since his brain surgery in 2023.

Tim was, and is, a helper, not a destroyer. While he remains in jail, awaiting sentencing,  he has continued to help others. As an artist as well as an architect, he sketches portraits at the request of fellow inmates to send to their families.  He also helps inmates prepare for their GCE exams.

Tim calls me every week from his cell. From our conversations, I believe that he has learned from his experience and is *deeply* ashamed of his actions. He has much to offer in service to society, and I believe he can best serve outside of prison.

Judge Jackson, as you are considering Tim Martin's sentence, I urge you to weigh the bulk of his life, and his potential as a productive member of society, against one completely out-of-character mistake, for which he feels remorse that will likely linger over him for years to come. I believe that Tim can be a productive member of society.

Yours sincerely,


Frank Harmon, FAIA
Professor of the Practice

College of Design

██████████████████
█████████████

Email: frank@frankharmon.com

The Honorable Amy Berman Jackson
United States District Court for the District of Columbia
24 August, 2025

Dear Judge Jackson,

Thank you for the opportunity to submit this letter on behalf of my natural son, Timothy William Martin. I am a retired Florida high school and middle school math teacher and varsity coach in multiple sports. I also served 30 years in the United States Navy on active and reserve aviation duty. I was separated from Tim when he was five years old so my comments included in this letter are facts and observations during his life from various seasonal visits, special events and phone conversations.

To be clear, this is not a letter requesting any special legal considerations. What Tim did was irrational and irresponsible. He made some very poor decisions.

However, I wish to submit the following history that will provide some insight into who Timothy Martin is and his background:

- He is a survivor of **four** family disruptions prior to his high school graduation.
- In spite of this, he graduated with honors from one of the largest high schools in Jacksonville, Fl.
- He attended the University of Florida on an art scholarship and graduated with degrees in architecture and structural engineering with emphasis on environmental impact
- He is an adjunct professor at North Carolina State University teaching architectural and structure building design emphasizing environmental considerations such as soil location, weather, water, wind, solar and other factors.
- He has studied in The Netherlands focusing on the environmental factors affecting buildings in northern Europe
- He was the lead architectural design engineer during the construction of various special use buildings around the state of North Carolina, implementing new designs controlling water runoff, solar factors and the protection of surrounding natural resources.
- He designed and installed outside garden structures for his sons' elementary school that were instrumental in teaching the children respect for their environment.
- He made a presentation to the Raleigh, NC, Board of Education requesting several environmental concerns be considered regarding student curriculum.
- He is published in periodicals focusing on environmental factors affecting building designs.
- He is the father of two high school sons and has guided them in academic, art, music and athletic achievements.
- He is very sensitive to the concerns of others, especially to family and close friends. When my father died, Tim made the special trip to Arlington for the burial to support his family. Always ready to help his neighbors and co-workers with home and landscaping projects.

Tim's professional and personal accomplishments during his career could not have resulted while making irrational decisions. It is apparent to me that his thinking may have been affected by recent emotional and physical conditions. Four years ago, Tim experienced his own family disruption. His **divorce** really affected him in frustration and disappointment. I attempted support and counseling through phone conversations but am not aware of any positive effects on him. Three (?) years ago, Tim had an aneurism requiring **brain surgery**. He rejected my request to come to Raleigh to see him and be there with him. His attitude towards me changed significantly. He accused me of not being there for him during his early school years. He had never displayed this attitude before. He was a different son. My understanding is that the surgery was successful. However, I have to wonder if there is some neurological disconnect in his thinking that would lead to irrational thinking and behavior. In addition, through his environmentally focused work, he has developed an **obsession** with the rhetoric permeating discussions of world environmental collapse. Tim has expressed this frustration many times.

The guidelines for writing this letter stipulate not providing excuses for illegal conduct. There are no excuses for what Tim did. My comments in para four regarding Tim's changed behavior should be included in an evaluation as potential causes, not excuses.

I stated that Tim made some very poor decisions. I have not known him to make irrational decisions of any kind, whether that of breaking a law or causing harm to anyone. He always considers how his actions might affect others. He has always been a very logically thinking person. His actions leading to this case are very bizarre. My hope and prayer is that this whole experience has already impacted him in a way that he re-evaluates his life priorities and responsibilities to his family and the public.

Respectfully submitted,

William Henry (Hank) Martin III

**8/1/2025**


**Jeff Masten**




**To: The Honorable Amy Berman Jackson**

**United States District Court for the District of Columbia**


**Dear Judge Jackson,**

My name is Jeff Masten. I am writing to you as a character witness for Tim Martin. I am the Co-Director of Bluestem Community NC, a place of worship, nature preserve and conservation cemetery.

I have known Tim for more than 17 years. Tim and I have worked on a number of pro bono architectural projects over the years, all supporting varying nonprofit missions. I have spent many hours with Tim personally and on the phone. We have discussed projects as well as context and human values connected with nonprofit organizations and their role supporting community priorities.

Tim is a conscientious individual. He cares for people, the community, and the environment. I have worked in the field of conservation for the last 25 years. The fruits of my labor align with Tim's values. Tim has given of his own time and professional skills to support the professional design of multiple structures.

Tim and I have become friends over the years. We have deep conversations about the environment, our future and our obligations as a species.

In the last 3 months Tim and I have had some conversations about what has put him in jail. Although I may not understand the connection between what Tim is charged with and his goals, I do support him for who he is and the role I think Tim plays in our community. I do believe he is cognizant of the impact of his actions and regrets them.

I did not ask a lot of questions of Tim when we spoke from jail, but Tim did mention that he took great care and had no intention of damaging anything, which I believe to be true. I

believe his actions were pure of heart to gain attention in a world for causes he believes to need attention.

Tim has always been what I call a good man. He is thoughtful, generous of his time and expertise and concerned for the welfare of others. Tim is also a very cerebral man with strong principals. I do not believe Tim to be a dangerous or spiteful man.

Tim's resume of work is a fitting example of who he is. His works are artistic statements, complete with a unique talent for translating vision and concepts to paper, ultimately manifesting in physical structures. The structures express human emotion, values, artistic design and interpretation.

I believe protesting to be an important tool for dissent. For sure, not every form of protest is necessarily valid. However, I do believe Tim had no intention to damage art work and no interest in violence. The months he has been in jail are a strong message that his form of protest is not to be tolerated.

I am currently working with him while he is in jail as he is supporting the development of architectural designs for my nonprofit. When I heard what he did I did not pause to continue to work with Tim. I trust Tim and would work with him tomorrow and 10 years from now because of who he is.

Please accept my letter of reference of Tim Martin.


Cordially,

Jeff Masten

September 15, 2025

The Honorable Amy Berman Jackson
United States District Court for the District of Columbia

Re: Character Reference for Timothy Martin

Dear Judge Jackson,

My name is Jesse Green, and I am an architect in Raleigh North Carolina.  I first met Tim Martin in 2003. I was in my second semester as a graduate student at NC State University and Tim was my Studio Professor.  As a graduate student with an undergraduate degree from another field, I was new to the study of architecture. Architectural education is well known as an intense experience with the "Studio" class being the center point of each semester's pedagogy.  My first semester was a "trial by fire" experience that saw several classmates not return for the spring semester.

I quickly realized that Tim's teaching method was a welcome departure from the previous semester. Tim was passionate about the profession's ability to have a positive impact on our world, and he had high expectations for each student, yet his teaching method was generous and patient.  To this day I regularly recall a lesson I learned from Tim at one of our weekly one-on-one "desk crits" that the designer must push quickly through the bad ideas to get to the good ideas.  Because he demonstrated this at a shoulder-to-shoulder interaction with a pencil in his hand is the reason it was a powerful and lasting lesson.

I am now a Principal and Design Director at an architecture firm that does important work within the communities we serve. Over the years, I have stayed in touch with Tim and consider him a friend. I can attest that he has positively influenced the architectural community in North Carolina as both a teacher and a practitioner.

I am confident that Tim possesses a great deal more to offer as a designer and teacher, and I hope he will soon be able to return to the community he loves.

Thank you for your time and consideration.

Respectfully,

Jesse Green, AIA

*Julieta T. Sherk, PLA, ASLA*



*jtsherk@ncsu.edu*

September 10, 2025

The Honorable Amy Berman Jackson
United States District Court for the District of Columbia

Dear Judge Jackson,

I am a professional landscape architect and a full professor teaching in the
Landscape Design program within the Horticultural Science Department at
NC State University's College of Agriculture and Life Sciences in Raleigh, NC.

It is with confidence that I write to provide a strong, positive character
reference for my colleague, Timothy Martin. Having known Timothy for over
twenty-five years, I have consistently witnessed his generous, kind, and
thoughtful character, which he consistently demonstrates in every aspect of
his life.

Beyond these foundational qualities, I have consistently known Timothy to
be a dedicated father to his two sons, honest, deeply thoughtful, and
unfailingly concerned for the well-being of others. There are three particular
aspects of his character that I wish to highlight in detail:

**Professionalism and Work Ethic:** Timothy consistently demonstrates an
exceptionally high level of professionalism, coupled with a remarkable
capacity for creative critical thinking, all underpinned by an exemplary work
ethic.

One of many examples of Timothy's professionalism is his collaborative work
with me as an invited speaker. He has delivered engaging lectures in my
Landscape Construction, Planting Design, and Grading and Drainage classes,
where he not only addresses technical aspects but also emphasizes ethical
approaches to the health and well-being of people and the planet.
Furthermore, he generously worked (pro bono) with me and my students to
build a pergola designed to shade the children's learning environments at
the JC Raulston Arboretum. Both the "client" and the students involved
absolutely loved working with him!

**Community and Friend Support:** He offers constant, generous, and
unwavering support to his friends and the broader community.

Where Timothy sees a need, he immediately tries to figure out how to help, and would proverbially give the shirt off his back to anyone. There are many examples of this, but one notable instance involves an elderly friend who was struggling with a move to a new home. Timothy generously gave of his time and expertise to help them move and adapt their new home for better accessibility.

**Medical Disruption:** My friend Timothy, who has always been a gentle, passionate advocate for the causes he believes in, underwent brain surgery in 2021 to treat a debilitating seizure disorder. I was there for him, from taking him to the hospital to staying with him during his recovery that evening. He even spent some time at my home while he healed. While he made what seemed to be a full physical recovery, I noticed a shift. His passion seemed to evolve into something more intense. The gentle, nuanced approach he had to the issues he championed seemed to be replaced by a more rigid perspective. It was confusing to see this change, and I've been concerned about how this may have clouded his decision-making ability. He didn't seem to be exactly the same person he was before the surgery.

While I do not support his recent action at the museum, my overall opinion of Timothy remains steadfastly positive despite his offense. In speaking with him lately, I have learned about his broader understanding of the consequences of his actions, for which he expresses genuine remorse. He conveyed regret for how he delivered his message. I believe that while he remains passionately concerned for the welfare of people and the planet, he has undoubtedly learned a valuable lesson from this experience.

In conclusion, despite his medical disruption, I reaffirm my strong and positive recommendation for Timothy Martin's character, which is robust with professionalism, integrity, responsibility, reliability, a strong work ethic, generosity, passion, and compassion.

I look forward to the day when Timothy can again be helpful to my students, fellow professionals, his friends, and others who care for the environment.

Sincerely,

Julieta T. Sherk

**The Honorable Amy Berman Jackson**

**United States District Court for the District of Columbia**

Dear Judge Jackson,

My name is Maria Kolar, and I am a 31-year-old marketing professional working in the technology industry. I am writing this letter in support of Timothy Martin, whom I came to know during the year we lived as neighbors in the Cameron Village Townhomes on Saint Mary's Street in Raleigh, North Carolina. I moved into the neighborhood in February 2024, and Tim lived one building away from mine until his conviction earlier this year.

Our townhome community is relatively close-knit, with shared outdoor spaces and parking areas that foster regular interaction among residents. As a remote worker and dog owner, I often spend time outside and frequently encountered Tim in these shared spaces.

The first time I met Tim, he was outside planting a garden of native plants in our communal outdoor area. He spent several days tending to it, clearly committed to improving the space for the community. We introduced ourselves during one of those afternoons, and from that point on, we spoke relatively often.

Tim was always warm and kind toward me and my dog. In our conversations, he shared stories about his two sons—whom I often saw with him on the way to school or playing soccer outside. He also spoke about his former career in architecture and mentioned he was taking a break to focus on other passions. He was thoughtful and curious, often pointing out the migrating birds nesting in a nearby chimney or telling me about the fireflies in the park across the street.

When I later learned, through a neighbor, about Tim's arrest and the circumstances surrounding it, I was surprised. While I do not dispute the fact that he broke the law, I want to express that I have never once known Tim to be anything other than peaceful, gentle, and deeply principled. His passion for environmental issues was evident to me even before I knew the extent of his activism, and while his views may be intense, I believe they come from a place of conviction, not malice.

One particular example stands out to me as evidence of Tim's character. A former neighbor was known throughout our community for disruptive and often aggressive behavior. Many of us experienced distress due to her actions, and multiple police calls were made in response to her threats and harassment. Despite this, Tim remained the only person who treated her with compassion. He tried to help her, encouraged her to stop drinking, and even assisted with the care of her cat. While the rest of us kept our distance, Tim showed her empathy. I later overheard her refer to him as her "friend"—a term I never heard her use for anyone else. That simple fact speaks volumes about the kind of person Tim is.

Another lasting impression Tim left was a small but meaningful gesture: I returned home from a trip to find a Christmas tree planted in our shared yard. At first, I didn't know who had placed it there, but I enjoyed it. Weeks later, I learned that Tim had planted it. That small tree still stands,

and every time I walk past it, I think of Tim and his quiet, thoughtful contributions to our community.

I have never written a character witness letter before and do not take this responsibility lightly. I believe strongly in what I'm sharing. Based on my time living near Tim and getting to know him personally, I feel he is a fundamentally good and non-violent individual. I respectfully ask that you consider this as you weigh the circumstances of his sentencing.

Thank you for your time and attention. I would be happy to answer any questions.

Sincerely,
Maria Kolar

The Honorable Amy Berman Jackson                    September 12, 2025
United States District Court for the District of Columbia


Dear Judge Jackson,
I am Rachael Wooten, Ph.D., a practicing psychologist and Jungian analyst.

I met Timothy Martin over two years ago, when I was invited by friends to join a
Saturday morning coffee group, a group of like-minded individuals from various
professions who meet to enjoy each other's company, discuss our lives and the
issues of our time. I have seen him in this setting most Saturday mornings in these
last two years.

I experience Tim as a person who is kind-hearted, gentle, and extraordinarily
generous with his time and support for friends, family, and community. A few of
many examples: when I had knee surgery, he brought homemade soup and a
special tea he had picked for me. I have known him to plant large garden spaces for
friends, to work on tree-planting projects in our community, and to help other
friends with any needs they might have…moving or transportation to a doctor's
visit, etc.  He is devoted to his sons, and would give up much of his personal time
to attend their school and extra-curricular activities.

We have missed having Tim in our midst, and hope you might consider his
wonderful human qualities as you make your decisions about next best steps or
fitting consequences for the actions he chose to express his deep concern for the
environmental crisis.

Thank you for your consideration in this matter.

Most sincerely,
Rachael Wooten, Ph.D.

| From: | Sonja McKay |
| To: | Elizabeth Mullin |
| Subject: | Tim Martin Reference Letter |
| Date: | Tuesday, July 29, 2025 4:05:48 PM |

You don't often get email from sonja.mckay@gmail.com. Learn why this is important

**EXTERNAL SENDER**

The Honorable Amy Berman Jackson
United States District Court for the District of Columbia

July 29, 2025

Dear Judge Jackson,

My name is Sonja McKay, and I am a National Board Certified middle school teacher in Raleigh, North Carolina. I am writing on behalf of Timothy "Tim" Martin, whom I have known for nearly twenty years. From 2007 through much of the next decade, Tim volunteered extensively at the public charter school where I taught. His contributions were not only significant in scope but also deeply impactful in shaping the educational environment for both students and teachers.

Tim brought his professional expertise in sustainable architecture and higher education to our school in ways that went far beyond ordinary volunteerism. As a member of our school board and head of the facilities committee, Tim led major initiatives including the search for a new school leader and the design of a new school building. He was a thoughtful, professional, and solutions-oriented leader who ensured that our school's core values guided his work. Tim's leadership style was hands-on and dependable. He organized and facilitated meetings, documented and tracked action items, and followed through with integrity and persistence.

In addition, Tim formed innovative bridges between our school and his students at North Carolina State University. Starting in 2011, he created opportunities for his architecture students to develop real-world design proposals for our school's evolving facility needs. These projects culminated in formal presentations to our school board, giving university students a meaningful experience and providing our school with professional insights at no cost.

Tim was equally generous with his time in our classrooms. As a guest instructor in our middle school, he helped develop engaging, standards-aligned lessons in design thinking and architecture. For example, in 2013, he led a multi-week learning experience guiding students through the design of our new on-site urban garden. He supported our teachers in planning the process, led charette-style workshops with students, and recruited his university students to act as guest mentors and serve as role models.

Beyond these larger initiatives, Tim was a frequent and reliable contributor to school

life. Whether offering guest lessons, consulting on signage, sharing resources, or simply connecting us with other experts and opportunities, Tim's generosity and vision were unwavering. Over the many years, he gave hundreds of hours to our school without compensation and did so with enthusiasm, humility, and a genuine desire to serve.

I have always known Tim to be generous of spirit and rooted in community. He regularly shared ideas, articles, and opportunities with me, reaching out to spark curiosity and connection for students. His thoughtfulness and belief in others is not just evident in his professional contributions, but in his kindness as well. When my husband and I bought a historic fixer-upper in 2008, Tim met with us without hesitation. He offered encouragement and drew up initial sketches that gave us hope and direction as we faced some large architectural challenges.

I know firsthand that Tim Martin has made our community a better place to live, work, and learn. I respectfully ask that you consider his long history of service and the positive impact he has had on the lives of so many.

Sincerely,
Sonja McKay, M.Ed., NBCT
Raleigh, North Carolina



Dear Judge Jackson,

My name is Suzy Cash, I am an architect and builder, and I had the privilege of working alongside Tim Martin during our time at Frank Harmon Architect. I'm writing this letter to offer a deeper reflection of the person I've known and respected for many years.

Tim is one of the kindest, gentlest people I've ever met. When we worked together, I was consistently struck by the sincerity of his character and the quiet integrity with which he approached every challenge. Our first collaboration was on a LEED-certified project, and I remember how deeply committed Tim was to the principles of sustainability. It wasn't just a professional interest, it was a deeply held value. He poured his heart into making sure the building met the highest environmental standards because he believed in creating spaces that were in harmony with the Earth. That was always Tim: careful, thoughtful, and deeply invested in doing the right thing, even when no one was watching.

Years later, I hired Tim as a structural engineer for my own home renovation. I didn't choose him just because he was extremely competent and detail oriented, but because I trusted him. I knew he would listen carefully, design with intention, and help create a safe, beautiful space that reflected the spirit of the home. And he did. His attention to detail was stunning, and working with him felt less like hiring a consultant and more like collaborating with a kindred spirit.

More than anything, though, I want to speak to Tim's character. He is a rare soul—gentle, honest, and profoundly compassionate. There's a softness to Tim, a steadiness, that makes people feel safe around him. He listens. He cares. He loves his two sons deeply and speaks of them with such tenderness and pride. His heart has always been pointed toward healing, not harm.

I hope this letter offers some insight into the man behind the headlines. Tim Martin is a good human being. He's someone I trust, someone I admire, and someone I believe is still capable of doing great and gentle things in this world.

With respect and sincerity,

Suzy Cash
Architect & Builder
██████████
████████████

To: The Honorable Amy Berman Jackson,
United States District Court for the District of Columbia

RE: Character Reference for Tim Martin

September 11, 2025

Dear Judge Jackson,

I am an architect in Raleigh, NC and have known Tim Martin for over 20 years. I've worked with him on several projects and have always known him to be a responsible, conscientious and competent professional. His commitment to sustainable design is exemplary.  He was always on the lookout for projects that would benefit the community and the environment. We worked on schools, farm buildings, school gardens and more.

I've also seen him be a loving and committed father to his two boys. He willingly curtailed his professional career to stay at home and care for his boys for many years. They were his top priority, it seemed to me.

I've seen him become more involved in the environmental movement recently. His intentions are good, though I don't always agree with his tactics.  Perhaps his brain surgery affected his behavior, though I don't know. I do believe he can play a positive role in society outside of jail. I hope you consider his past history as a caring father, friend and professional during his sentencing.

Sincerely,

Tina Govan
Placemaking Studio
Raleigh, NC