## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>TIMOTHY MARTIN,<br><br>           Defendant. | Crim. Action No. 1:23CR182 |

### MOTION FOR LEAVE TO FILE NEUROPSYCHOLOGICAL EVALUATION UNDER SEAL

Timothy Martin, through undersigned counsel, respectfully moves this Court for permission to file a neuropsychological evaluation under seal. Mr. Martin will be before the Court for sentencing on October 3, 2025.

1. The Sentencing Hearing in this matter is scheduled for October 3, 2025. Defense counsel has timely filed Mr. Martin's sentencing memorandum.

2. Counsel seeks leave to file a supplemental exhibit to the sentencing memorandum under seal. Namely, a neuropsychological evaluation conducted by Dr. Jonathan DeRight which will be attached to the sentencing materials under seal.

3. The Court has the inherent power to seal materials submitted to it. *See United States v. Hubbard*, 650 F.2d 293 (D.C. Cir. 1980); *United States v. Wuagneux*, 683 F.2d 1343, 1351 (11th Cir. 1982); *Times Mirror Company v. United States*, 873 F.2d 1210 (9th Cir. 1989); *In re Knight Pub. Co.*, 743 F.2d 231, 235 (4th Cir. 1984) (the trial court has supervisory power over its own records and may, in its discretion, seal documents if the public's right of access is outweighed by competing interests).

4. Because the evaluation contains sensitive information, counsel moves to seal it.

                      Respectfully submitted,

                      A. J. Kramer
                      Federal Public Defender

                      _____/s/_____
                      Elizabeth Mullin
                      Assistant Federal Public Defender
                      625 Indiana Ave NW, Suite 550
                      Washington, D.C. 20004
                      (202) 208-7500